**FILED**
**United States Court of Appeals**
**Tenth Circuit**

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

**December 19, 2024**

**Christopher M. Wolpert**
**Clerk of Court**

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

AMY LEANN HALL,

    Defendant - Appellant.

No. 24-7028
(D.C. No. 6:20-CR-00111-RAW-1)
(E.D. Okla.)

_____

### ORDER AND JUDGMENT*
_____

Before **HOLMES**, Chief Judge, **BACHARACH**, and **MORITZ**, Circuit Judges.
_____

Pursuant to a Fed. R. Crim. P. 11(c)(1)(C) plea agreement, Amy Leann Hall

pleaded guilty to two counts of murder in Indian country, in violation of 18 U.S.C.

§§ 1111(a), 1151, and 1152, and one count of assault with intent to commit murder in

Indian country, in violation of 18 U.S.C. §§ 113(a)(1), 1151, and 1152.  The district

court sentenced her to life in prison on the first two counts and 240 months on the

third count, all to be served concurrently.  Although her plea agreement contained an

appeal waiver, Ms. Hall appealed.  The government moves to enforce the appeal

---

\* This order and judgment is not binding precedent, except under the doctrines
of law of the case, res judicata, and collateral estoppel.  It may be cited, however, for
its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

waiver under *United States v. Hahn*, 359 F.3d 1315, 1328 (10th Cir. 2004) (en banc) (per curiam).

In response, Ms. Hall states that she "does not contest the government's motion." Aplt. Resp. at 1. Accordingly, we grant the government's motion to enforce the appeal waiver and dismiss this appeal.

Entered for the Court

Per Curiam